KIND v. BERTINE et al.

(Supreme Court, Appellate Division, Second Department. June 13, 1902.)

APPEAL—ABSENCE OF EXCEPTIONS—FINDINGS OF LAW AND FACT.
    Where the record contains no exceptions to the findings of fact or law of the referee, the appellant cannot question their correctness on appeal.

Appeal from judgment on report of referee.

Action by William Kind against Walter S. Bertine and another, executors of the will of Anna Marie Elizabeth Detmers. From a judgment for defendants, plaintiff appeals. Affirmed.

Argued before GOODRICH, P. J., and BARTLETT, JENKS, WOODWARD, and HIRSCHBERG, JJ.

Charles H. Noxon, for appellant.
John F. Lambden, for respondents.

PER CURIAM. This action was brought to recover $189 for board alleged to have been furnished by the plaintiff to Mrs. Anna M. E. Detmers, the testatrix of the defendants. The case was tried before a referee, who decided against the claim, and from the judgment entered upon his report the plaintiff has appealed.

The record contains no exceptions to the findings of fact or law. The appellant, therefore, has no standing to question their correctness in this court. Millar v. Larmer, 85 Hun, 313, 32 N. Y. Supp. 1146. There are six exceptions by the plaintiff to rulings of the referee upon questions of evidence, but none of these discloses any error. Notwithstanding the absence of any exception to the decision,

we have carefully gone over the evidence, and are of the opinion that it fully sustains the referee's conclusion. The judgment must be affirmed.

Judgment affirmed, with costs.

